**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6852

MATTHEW R. DESCAMPS,

Plaintiff – Appellant,

v.

BUSH, BOP; WARDEN ZYCH, USP Lee; WARDEN, USP Florence; SIS
LTS. FLORENCE; W. ANDERS, USP Lee,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge.  (7:11-cv-00251-GEC)

Submitted: October 13, 2011        Decided: October 18, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Matthew R. Descamps, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew R. Descamps appeals the district court's order dismissing under 28 U.S.C. § 1915A(b)(l) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Descamps v. Bush, No. 7:11-cv-00251-GEC (W.D. Va. June 27, 2011). We deny Descamps's motions for stay pending appeal and the preparation of transcripts at the Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2